UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY ISBELL,<br><br>                    Plaintiff(s),<br><br>       v.<br><br>JONATHAN ADLER ENTERPRISES, LLC,<br><br>                    Defendant(s). | CASE NO. C25-2596-KKE<br><br>SCHEDULING ORDER |

This matter comes before the Court on the parties' joint status report.  Dkt. No. 21.  The Court held a scheduling conference on March 4, 2026.  Dkt. No. 25.  Having reviewed the joint status report and the parties' presentations at the conference, the Court declines to order that discovery be phased by subject at this time.  The Court will, however, enter a case schedule only up through Plaintiff's anticipated motion for class certification.  Accordingly, the Court ORDERS that the following case schedule be entered in this case:

| EVENT | DEADLINE |
|---|---|
| Deadline to join additional parties and amend the pleadings | July 19, 2027 |
| Completion of discovery | August 16, 2027 |
| Plaintiff's motion for class certification | September 15, 2027 |
| Defendant's opposition to class certification | November 1, 2027 |

SCHEDULING ORDER - 1

| Plaintiff's reply in support of class certification | December 1, 2027 |
|---|---|

Upon resolution of the Plaintiff's class certification motion, the Court will revisit entering the remainder of the case schedule, including a dispositive motions deadline and trial date and, if requested by the parties, potentially an additional period of discovery.

Dated this 5th day of March, 2026.

Kymberly K. Evanson
United States District Judge

SCHEDULING ORDER - 2